UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

CIVIL ACTION

VERSUS

NUMBER 08-684-FJP-CN

UNITED STATES OF AMERICA, THE
VETERANS ADMINISTRATION

**RULING**

Plaintiff's motion for relief of judgment is DENIED.[1]  Unless and until proper service has been made on a defendant, the defendant is not required to make an appearance or file a response. The plaintiff is required to properly serve the defendant as required by Rule 4 of the Federal Rules of Civil Procedure.  The Court cannot order the Clerk of Court to serve the defendants.

IT IS SO ORDERED.

Baton Rouge, Louisiana, March 12, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 15.

Doc#45885