UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


KELVIN WELLS

VERSUS

UNITED STATES OF AMERICA, THE
VETERANS ADMINISTRATION

CIVIL ACTION

NUMBER 08-684-FJP-CN


**JUDGMENT**

For written reasons assigned;

IT IS ORDERED that defendant's motion to dismiss is granted

without prejudice, and this matter is dismissed.

Baton Rouge, Louisiana, September 15, 2009.


FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA


Doc#46378